# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:

Phyllis Delores Whichard                          Case No. 13-71316-SCS

Debtor.                                            Chapter 13

### CONSENT ORDER SUSTAINING OBJECTION TO CONFIRMATION

This cause came upon the Objection to Confirmation filed by Westgate Lakes, LLC.

**UPON CONSIDERATION WHEREOF**, it appearing that the parties consent to the entry of this Order, and for other good cause shown, it is

**ADJUDGED and ORDERED** that the Objection to Confirmation filed by Westgate Lakes, LLC be, and hereby is, sustained, and it is further

**ADJUDGED and ORDERED** that Debtor shall, within twenty-one (21) days of the entry of this Order, take one of the actions enumerated in Local Bankruptcy Rule 3015-2, and it is further

**ADJUDGED and ORDERED** that if the Debtor fails to comply with the terms of this Order, an Order of dismissal may be filed and entered with this Court without further hearing.

ENTER:
Jun 24 2013

/s/ Stephen C. St.John
_____
Judge

Entered on Docket: Jun 25 2013

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
sara_john@eppspc.com
Counsel for Westgate Lakes, LLC

I ask for this:

_/s/ Sara A. John_   p.q.
Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
Counsel for Westgate Lakes, LLC


Seen and agreed:


/s/ Amber L. Quick
Amber L. Quick
133 Mt. Pleasant Road
Chesapeake, VA 23322
Counsel for Debtor


Seen:


/s/ R. Clinton Stackhouse, Jr.
R. Clinton Stackhouse, Jr., Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23320



                              Certificate of Endorsement

      The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

                                      /s/ Sara A. John
                                      Sara A. John
                                      M. Richard Epps, P.C.

**PARTIES TO RECEIVE COPIES**

Sara A. John
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452

Amber L. Quick
133 Mt. Pleasant Road
Chesapeake, VA 23322

R. Clinton Stackhouse, Jr., Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435

Phyllis Delores Whichard
808 Freedom Avenue
Portsmouth, VA 23701